UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

NO. 3:03cr186-W

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER |
| vs. | ) | |
| | ) | |
| STEVEN MAURICE WILLIAMS, | ) | |
| | ) | |
| Defendant. | ) | |

THIS MATTER is before the Court upon the United States' motion for leave to dismiss without prejudice the above-captioned case as to Defendant Steven Maurice Williams.

Leave is hereby granted, and said case is hereby dismissed without prejudice.

This Order only applies to Defendant Steven Maurice Williams and does not apply to any other Defendant within this case.

IT IS SO ORDERED.

Signed: May 4, 2007

Frank D. Whitney
United States District Judge