# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **DOCKET NO. 3:03CR186** |
| V. | **ORDER** |
| **STEVEN MAURICE WILLIAMS** | |

**THIS MATTER IS BEFORE THE COURT** on United States Attorney's Motion, (Doc. No. 47) Motion to Seal Petitioner's Motion to Vacate.

**IT IS ORDERED**, that United States Attorney's Motion (Doc. No.47) is **GRANTED.**

Signed: October 5, 2021

Frank D. Whitney
United States District Judge